UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EWANG THEOPHILE EPIE-ALOBWEDE,<br><br>    Plaintiff,<br><br>    v.<br><br>LLOYD J. AUSTIN, III, Secretary of Defense, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 21-2466 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' NOTICE OF FILING**
**CERTIFIED LIST OF CONTENTS OF THE ADMINISTRATIVE RECORD**

In accordance with LCvR 7(n), Defendants, through counsel, hereby respectfully submits the attached certified list of contents of the administrative records in the above-captioned case.

Dated: December 21, 2021
    Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:      /s/ *Jessica B. Colsia*
    JESSICA B. COLSIA, GA Bar # 543222
    Special Assistant United States Attorney
    555 Fourth Street, NW
    Washington, DC 20530
    (202) 252-2574
    jessica.colsia@usdoj.gov

*Attorneys for the United States of America*