# United States of America



### DEPARTMENT OF THE ARMY

| Washington, DC | 21 December 2021 |
|---|---|
| PLACE | DATE |

I HEREBY CERTIFY that the attached constitute true and accurate copies of files pertaining to Ewang Theophile Epie-Alobwede, a former member of the United States Army. Copies of documents from the Army Review Boards Agency, Army Board for Correction of Military Records (ABCMR), The United States Army Physical Disability Agency (USAPDA) are maintained in Arlington, Virginia and Department of Defense Physical Disability Board of Review (DoDPDBR) located at Joint Base Andrews; a copy of the Army Military Human Resource Record (AMHRR), is maintained by the U.S. Army Human Resources Command located at Fort Knox, Kentucky. The original personnel records and copies of other records are in the official temporary custody of the Military Personnel Litigation Branch, Litigation Division, Office of the Judge Advocate General of the Army.

DOYLE.JOHN.GALLO. Digitally signed by DOYLE.JOHN.GALLO
Date: 2021.12.21 11:05:33 -05'00'

JOHN G. DOYLE
Lieutenant Colonel, U.S. Army
Chief, Military Personnel Litigation Branch

I HEREBY CERTIFY that Lieutenant Colonel John G. Doyle, who signed the foregoing certificate, is the Chief, Military Personnel Litigation Branch, Litigation Division, Office of the Judge Advocate General of the Army, and that full faith and credit should be given to his certification.

IN TESTIMONY WHEREOF I, Mark F. Averill 

The Administrative Assistant to the Secretary of the Army, have hereunto caused the seal of the Department of the Army to be affixed this __21st__ day of __December__, __2021__.

By EVERETT.DANIEL.JAMES. Digitally signed by EVERETT.DANIEL.JAMES
Date: 2021.12.21 11:23:14 -05'00'

*Administrative Assistant.*

**DANIEL J. EVERETT**
**Colonel, U.S. Army**
**Chief, Litigation Division**

DA FORM 4, FEB 1998        EDITION OF 1 MAR 66 IS OBSOLETE        APD PE v1.10

# ADMINISTRATIVE RECORD INDEX
# EWANG THEOPHILE EPIE-ALOBWEDE

| TAB | DOCUMENT | DATE | PAGE |
|---|---|---|---|
| 1. | Letter from Army Review Board Agency (ARBA), Deputy Assistant Secretary of the Army, (Review Boards) to Commander, United States Army Physical Disability Agency (USAPDA), Reference: denial of application [AR20180005419] | May 30, 2018 | 000001 |
| 2. | Memorandum from (ARBA) to Mr. Ewang T. Epie-Alobwede, Subject: Department of Defense Physical Disability Board of Review (DoD PDBR) reviewed your application and found your separation disability rating and separation from the Army for disability with severance pay to be accurate, your application to the DOD PDBR is denied. [AR20180005419] (PD2017-01832) | May 30, 2018 | 000002 |
| 3. | Memorandum from DoD PDBR to ARBA, Subject: DoD PDBR Recommendation on Mr. Ewang T. Epie-Alobwede, Case Number PD2017-01832 | April 15, 2018 | 000003 |
| 4. | Record of Proceedings Physical Disability Board of Review for Mr. Ewang T. Epie-Alobwede, (PD2017-01832)<br>  a. Minority Opinion | April 15, 2018 | 000004-000009 |
| 5. | Physical Disability Board of Review (DoD PDBR) Documents | | |
| | a. DD Form 294, Application for a Review by the Physical Disability Board of Review (PDBR) of the Rating Awarded Accompanying a Medical Separation from the Armed Forces of the United States | February 27, 2017 | 000010-000022 |
| | b. Physical Evaluation Board | March 17, 2005 | 000023-000106 |
| | c. Service Treatment Records | Various Dates | 000107-000185 |
| | d. VA Treatment Records | Various Dates | 000186-001899 |
| | e. PDBR Record of Proceedings | April 15, 2018 | 001900-001905 |
| | f. PDBR Recommendations | April 15, 2018 | 001906 |
| | g. Deputy Assistant Secretary of the Army (Review Boards) Memorandum | May 30, 2018 | 001907 |